UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH MELENDEZ
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

COMPLAINT

-against-

The City of New York / Department of Homeless Services
Judy Harrison / Director
Linden Burnham / Director

Jury Trial: ☑ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name ELIZABETH MELENDEZ
Street Address 147 B 113 St #12
County, City Rockaway Park, Queens
State & Zip Code NY 11694
Telephone Number 347-359-8683 / 212-607-5374

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name The City of N.Y. Department of Homeless Service
Street Address 33 Beaver St NY NY 10006

*Rev. 05/2010*

County, City M A W H A T T A N
State & Zip Code N Y 10006
Telephone Number _____

Defendant No. 2   Name Sudy Harrison, Director
                  Street Address Don't Know
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 3   Name Lrajen, Burnham, Director
                  Street Address Don't Know
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

Defendant No. 4   Name _____
                  Street Address _____
                  County, City _____
                  State & Zip Code _____
                  Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Discrimination of Race / Gender / Harassment

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 30th Street Men's Shelter Dept. of Homeless Services 400-401 E 30th ST NY NY 10016

B. What date and approximate time did the events giving rise to your claim(s) occur? Monday Through Friday 8pm - 4:01pm

C. Facts: **What happened to you?** Ms. Harrison Director Begins a numerous of allegations against me such as I'm racist — and put on the floor that I'm a man dressing as a woman, Then Ms. Burnham come to occupated Ms. Harrison Chair and she continues racist remarks and display harassment and discriminatory against her. **Who did what?** The Department of Homeless Services knew the facts that improper behavior had been display against me and do nothing to stop them.

**Was anyone else involved?** I have witnesses that can verify that this Department felt to help me or accommodate me to another place.

**Who else saw what happened?** Co-workers / Supervisors / Clients

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. On 3/2012 a client beat me and nobody did nothing to help me or remedy the situation!

On 3/2014 I was escort by DHPD out of the building where I'm working for a unlawful suspension, and one more time I had been humiliated by the wrong practices of this Dept.

Rev. 05/2010

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I'm asking of a monetary compensation to be disclores late on for pain and suffer; including harrasmit recieu and gender discrimination by Department of Homeless services

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16 day of July, 20 14

Signature of Plaintiff

Mailing Address  147 B 113 St #12
Rockaway Park, Queens
NY 11694

Telephone Number  347-647- 359-8683

Fax Number (if you have one)  917 637-7618

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010