USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: ___3/12/15___

RECEIVED
SDNY PRO SE OFFICE
2015 MAR 12 A 10: 36

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___ELIZABETH MELENDEZ___
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

14 Civ. ___6024 (LAP)___

**AMENDED COMPLAINT**

-against-

___The City of New York___
___Department of Homeless Services___
_____

Jury Trial: ☐ Yes  ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    ___ELIZABETH MELENDEZ___
             Street Address  ___147 B 113 ST #12___
             County, City    ___Rockaway Park___
             State & Zip Code ___N.Y. 11694___
             Telephone Number ___347-359-8683___

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 12/2009*                                                           1

Defendant No. 1    Name _The City of NY_____
                   Street Address _33 Beaver St_____
                   County, City _NY NY 10006_____
                   State & Zip Code _NY 10006_____
                   Telephone Number _____

Defendant No. 2    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 3    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

   A.   What is the basis for federal court jurisdiction? *(check all that apply)*

        ☑ Federal Questions          ☐ Diversity of Citizenship

   B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _The right of Freedom and Herassment with Same Dicrimination Bases_____

   C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

        Plaintiff(s) state(s) of citizenship _____
        Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? These case Begins BK/C on 10/10 when I was Assigned to a city shelter (men shelter)

B. What date and approximate time did the events giving rise to your claim(s) occur? By October 1, 2010 — when the Actul Director MS Judy Harrison Accused me of Being Racist and Be a Man Dress As A woman —

C. Facts:

[What happened to you?]
1st First Director MS. Harrison Begins to Harres me Because she claims I am a Racist Againts Her own People (African American)
The Second Director MS. Burnham (Sustitute) For MS Harrison

[Who did what?]
Cuntinius with the same pattern of Harrasmint and treatme Different to others —

[Was anyone else involved?]
Clients, Staff and Securitires were Involved in Different kind of situations.

[Who else saw what happened?]
In cuple of situation my own Supervison Mr. Alexander obseve How these issues were fuction out of line — Also Some Staff Members.

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I was Hit on my Face By a Client and No Body DiD nothing — no report As far I understud was file By DHS Police. I had a writeup from the ASAW MS. Reeds.

Rev. 12/2009                  3

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I Am Claim the Right of Being working without Being Horpass. I would like for the Court to help me clean my Name and Be compensated for my pain and suffing for the Amount of money that will Be Issued when I get the Lawyer —

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3 day of March, 2015.

Signature of Plaintiff [signature]

Mailing Address 147 B 113 St #12
Rockoway pma
ny 11694

Telephone Number 347-359-8693

Fax Number (if you have one) 917 637-7618

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH MELENDEZ,

            Plaintiff,

-against-

THE CITY OF NEW YORK, DEPARTMENT
OF HOMELESS SERVICES; JUDY
HARRISON, DIRECTOR; LEADEN
BURNHAM, DIRECTOR,

            Defendants.

14-CV-6024 (LAP)

ORDER TO AMEND

LORETTA A. PRESKA, Chief United States District Judge:

Plaintiff, appearing *pro se*, commenced this action by filing a complaint alleging violation of her constitutional rights. By order dated December 10, 2014, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"). The Court directs Plaintiff to submit an amended complaint within sixty days of the date of this order.

## STANDARD OF REVIEW

The Court has the authority to screen *sua sponte* an IFP complaint at any time and must dismiss the complaint, or portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *see Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998). While the law mandates dismissal on any of these grounds, the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they *suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006) (internal quotation marks and citations omitted) (emphasis in original).

## BACKGROUND

Plaintiff brings this confusing complaint against Defendants, alleging that the basis for federal question jurisdiction is "Discrimination of Race/Gender/Harassment." (*Compl.* at 2.) Plaintiff asserts that the events giving rise to her claim occurred at the 30th Street Men's Shelter, located at 400-401 E. 30th Street, New York, New York. Plaintiff alleges that Defendants Harrison and Burnham have engaged in improper behavior. Plaintiff alleges that Defendants began "numerous of allegations against me." Specifically, Plaintiff asserts that Defendants have called Plaintiff a racist and have stated that Plaintiff is a man dressing as a woman. Plaintiff asserts further that the Department of Homeless Services is aware of the improper behavior and have done nothing to stop it. Plaintiff alleges further that in March 2012, a client did something to her and that nothing was done to help or remedy the situation, and that in March 2014, Plaintiff was escorted out of the building and was humiliated. Plaintiff seeks unspecified monetary damages.

## DISCUSSION

### A. Rule 8 Pleading Requirements

Rule 8(a)(2) of the Federal Rules of Civil Procedure requires "a short and plain statement of the claim showing that the pleader is entitled to relief," and Rule 8(e)(1) requires that each allegation be "simple, concise, and direct." In a clarification of Rule 8's pleading standard, the Supreme Court held that:

> a complaint must contain sufficient factual matter, accepted as true, to "state a claim to relief that is plausible on its face." A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged.

*Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). "A pleading that offers 'labels and conclusion' or 'a formulaic recitation of the

2

elements of a cause of action will not do.'" *Id.* (quoting *Twombly*, 550 U.S. at 555). This plausibility standard applies to all civil actions. *Id.* at 684.

Even read as leniently as possible, Plaintiff's complaint does not allege any comprehensible claim. Plaintiff has submitted this Court's general form complaint, which asks a number of questions aimed at assisting Plaintiff in stating her claim. Plaintiff's allegations are unclear both as to specific claims being made and as to any underlying facts that might support any claim recognized by law.

**B.     *Leave to Amend***

Plaintiff is granted leave to amend her complaint to detail her claims. In her statement of claim, Plaintiff must provide a short and plain statement of the relevant facts supporting each claim against each defendant named in the amended complaint. To the greatest extent possible, Plaintiff's amended complaint must:

> (a) give the names and titles of all relevant persons;
>
> (b) describe all relevant events, stating the facts that support Plaintiff's case including what each defendant did or failed to do;
>
> (c) give the dates and times of each relevant event or, if not known, the approximate date and time of each relevant event;
>
> (d) give the location where each relevant event occurred;
>
> (e) describe how each defendant's acts or omissions violated Plaintiff's rights and describe the injuries Plaintiff suffered; and
>
> (f) state what relief Plaintiff seeks from the Court, such as money damages, injunctive relief, or declaratory relief.

Essentially, the body of Plaintiff's amended complaint must tell the Court: *who* violated her federally protected rights; *what* facts show that her federally protected rights were violated; *when* such violation(s) occurred; *where* such violation(s) occurred; and *why* Plaintiff is entitled

3

to relief. Plaintiff's amended complaint will completely replace, not supplement, her original complaint.

## CONCLUSION

The Court directs the Clerk of Court to assign this matter to my docket, mail a copy of this order to Plaintiff and note service on the docket. Plaintiff is directed to file an amended complaint containing the information specified above. The amended complaint must be submitted to this Court's *Pro Se* Office within sixty days of the date of this order, be captioned as an "**AMENDED COMPLAINT**," and bear the same docket number as this order. An Amended Complaint form, which Plaintiff should complete as specified above, is attached to this order. No summons will issue at this time. If Plaintiff fails to comply within the time allowed, and cannot show good cause to excuse such failure, the complaint will be dismissed for failure to state a claim.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: January 6, 2015
New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Chief United States District Judge

4

Elizabeth Melendez
147 B 113th st
Rockaway Park, NY 11694

RECEIVED
SDNY PRO SE OFFICE
2015 MAR 12 A 10: 33

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET · NEW YORK, NY 10007-1312

U.S. POSTAGE
PAID
NEW YORK, NY
10004
MAR 09, 15
AMOUNT
$0.91
00105149-03