UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH MELENDEZ,

                Plaintiff,

-against-

THE DEPARTMENT OF HOMELESS
SERVICES OF THE CITY OF NEW YORK,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2015

14 Civ. 06024 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

Having reviewed the parties' letters dated October 14 and 21, 2015, it is ORDERED that:

1. Defendant's request for a pre-motion conference is DENIED.

2. Defendant shall file its motion to dismiss by **November 19, 2015**.

3. Plaintiff shall file her opposition papers by **December 3, 2015**.

4. Defendant shall file its reply by **December 10, 2015**.

5. The initial conference scheduled for October 26, 2015 is ADJOURNED, pending resolution of Defendant's motion to dismiss.

6. The Clerk of Court is directed to terminate the motion at ECF No. 20.

   SO ORDERED.

Dated: October 23, 2015
       New York, New York

                                                  _____
                                                  ANALISA TORRES
                                          United States District Judge