# THE HARMAN FIRM, LLP
Attorneys & Counselors At Law
www.theharmanfirm.com

December 1, 2015

**VIA ECF**

Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/15
```

Re: *Elizabeth Melendez v. The Department of Homeless Services of the City of New York;* 14 CV 06024 (AT)

Dear Judge Torres:

We represent Plaintiff Elizabeth Melendez in the above-referenced action. We write to respectfully request an extension of time to respond to Defendant's Motion to Dismiss the Second Amended Complaint. Presently, Plaintiff has until December 3, 2015, to respond to Defendant's motion. This is Plaintiff's first request for an extension of time; the Court previously granted Defendant's request for an extension of time to respond to the Second Amended Complaint.

During the holiday weekend, someone close to me passed away; I will be out of the office attending the wake and funeral service this week. Because of this unforeseen event, we respectfully request that the Court allow Plaintiff to file her opposition to Defendant's motion by December 18, 2015, and Defendant to file its reply by January 7, 2015. Defendant consents to this briefing schedule.

Thank you for your time and attention to this matter.

Respectfully submitted,

*Edgar Rivera*

Edgar M. Rivera

cc: Kristen McIntosh (via ECF)

GRANTED. The parties shall adhere to the schedule set forth above.

SO ORDERED.

Dated: December 1, 2015
New York, New York

ANALISA TORRES
United States District Judge

1776 Broadway, Suite 2030
New York, New York 10019
T 212 425 2600 F 212 202 3926